EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

BEVERLY WEE SAMESHIMA #2556
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Beverly.Sameshima@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 20 2003

at ___ o'clock and ___ min ___
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. CR03-00083 SOM |
| Plaintiff, | ) | |
| | ) | INDICTMENT |
| v. | ) | |
| | ) | [21 U.S.C. § 846; 21 U.S.C. §841(a)(1) |
| CLINTON MAU, (01) | ) | |
| DANNI INOUYE, (02) | ) | |
| MICHAEL CHUN, (03) | ) | |
| Defendants. | ) | |

INDICTMENT

COUNT 1

The grand jury charges that:

From a date unknown, but from at least January 8, 2003, to February 6, 2003, in the District of Hawaii, the defendants, CLINTON MAU, DANNI INOUYE and MICHAEL CHUN, did



conspire together and with each other and other persons unknown to the Grand Jury, to knowingly and intentionally possess with intent to distribute 50 grams or more of methamphetamine, its salts, isomers and salts of its isomers, a Schedule II controlled substance, in violation of 21 U.S.C. Sections 841(a)(1) and (b)(1)(B).

## OVERT ACTS

In furtherance of and in order to accomplish the objects of this conspiracy, the defendants and their co-conspirators performed overt acts in the District of Hawaii, including but not limited to, the following:

1. On January 8, 2003, defendant CLINTON MAU distributed 26.6 grams of methamphetamine to another individual.

2. On January 8, 2003, defendant DANNI INOUYE directed the individual to a residence where the sale of the 26.6 grams of methamphetamine took place.

3. On January 10, 2003, defendant CLINTON MAU distributed 26.2 grams of methamphetamine to the same individual.

4. Defendant MICHAEL CHUN stored quantities of methamphetamine at his residence which he delivered to CLINTON MAU's residence for distribution to others.

5. Defendant MICHAEL CHUN installed surveillance equipment at CLINTON MAU's residence.

6. On or about February 5, 2003, defendant MICHAEL CHUN stored a quantity of methamphetamine at his residence and delivered it to CLINTON MAU.

7. On or about February 6, 2003, defendants CLINTON MAU and DANNI INOUYE possessed a quantity of methamphetamine, approximately 307 grams (gross weight) intending to distribute it to others.

All in violation of 21 U.S.C. §846.

## COUNT 2

The Grand Jury further charges:

On or about February 6, 2003, in the District of Hawaii, defendants CLINTON MAU, DANNI INOUYE and MICHAEL CHUN did knowingly and intentionally possess with intent to distribute 50 grams or more of methamphetamine, its salts, isomers and salts of its isomers, a Schedule II controlled substance.

All in violation of 21 U.S.C. §841(a)(1).

## COUNT 3

The Grand Jury further charges:

On or about January 8, 2003, in the District of Hawaii, Defendant CLINTON MAU, did knowingly and intentionally distribute 5 grams or more, approximately 26.6 grams (gross weight) of methamphetamine, its salts, isomers and salts of its isomers, a Schedule II controlled substance.

All in violation of 21 U.S.C. §841(a)(1).

## COUNT 4

The Grand Jury further charges:

On or about January 10, 2003, in the District of Hawaii, Defendant CLINTON MAU, did knowingly and intentionally distribute 5 grams or more, approximately 26.2 grams (gross weight) of methamphetamine, its salts, isomers and salts of its isomers, a Schedule II controlled substance.

All in violation of 21 U.S.C. §841(a)(1).

## COUNT 5

The Grand Jury further charges:

On or about February 6, 2003, in the District of Hawaii, Defendant MICHAEL CHUN, did knowingly and intentionally possess with intent to distribute 5 grams or more, approximately 26.5 grams (gross weight) of methamphetamine, its salts, isomers and salts of its isomers, a Schedule II controlled substance.

All in violation of 21 U.S.C. §841(a)(1).

## COUNT 6

The Grand Jury further charges:

On or about February 6, 2003, in the District of Hawaii, Defendants CLINTON MAU and DANNI INOUYE, did knowingly and intentionally possess with intent to distribute 50 grams or more, approximately 158 grams (gross weight), of methamphetamine, its salts, isomers and salts of its isomers, a Schedule II controlled substance.

All in violation of 21 U.S.C. §841(a)(1).

DATED: 20 February 2003, at Honolulu, Hawaii.

A TRUE BILL

_____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
ELLIOT ENOKI
First Assistant U.S. Attorney

_____
BEVERLY WEE SAMESHIMA
Assistant U.S. Attorney

United States v. Clinton Mau, et al.
Cr. No. _____
"Indictment"